Case 1:20-cv-08419-VSB Document 7 Filed 01/19/21 Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

January 19, 2021

BY ECF

Honorable Vernon S. Broderick
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 1/20/2021

      Re:  Travis Parker v. Comm'r of Soc. Sec.
            20 Civ. 8419 (VSB)

Dear Judge Broderick:

      Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on January 21, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until March 22, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. No prior adjournment has been requested in this matter. We appreciate the Court's consideration of this request.

      Respectfully,

      AUDREY STRAUSS
      United States Attorney

By:      s/ *Susan D. Baird*
      SUSAN D. BAIRD
      Assistant United States Attorney
      tel. (212) 637-2713
      Susan.Baird@usdoj.gov

cc: Howard D. Olinsky, Esq.