

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/19/2021
```

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York. NY 10007*

March 19, 2021

BY ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.
03/19/2021

       Re:  Travis Parker v. Comm'r of Soc. Sec.
            20 Civ. 8419 (VSB) (KHP)

Dear Judge Parker:

      Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on March 22, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until May 21, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record. As a result of the pandemic SSA has had to redesign its business process to produce records remotely, and is also faced with the challenge of a significant increase in the number of new cases filed. One prior adjournment has been granted in this case. We appreciate the Court's consideration of this request.

                              Respectfully,

                              AUDREY STRAUSS
                              Acting United States Attorney

                By:        s/  *Susan D. Baird*
                          SUSAN D. BAIRD
                          Assistant United States Attorney
                          tel. (212) 637-2713
                          Susan.Baird@usdoj.gov

cc:  Howard D. Olinsky, Esq.