

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/17/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York. NY 10007*

May 14, 2021

BY ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*Katharine H Parker*

**Hon. Katharine H. Parker, U.S.M.J.**
**05/17/2021**

Re:  Travis Parker v. Comm'r of Soc. Sec.
      20 Civ. 8419 (VSB) (KHP)

Dear Judge Parker:

       Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on May 21, 2021.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until July 20, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record.  As a result of the pandemic SSA has had to redesign its business process to produce records remotely, and continues to face the challenges of addressing the backlog of thousands of records to produce as well as a significant increase in the number of new cases filed.   Two prior adjournments have been granted in this case.  We appreciate the Court's consideration of this request.

       Respectfully,

       AUDREY STRAUSS
       Acting United States Attorney

       By:         *s/ Susan D. Baird*
           SUSAN D. BAIRD
           Assistant United States Attorney
           tel. (212) 637-2713
           Susan.Baird@usdoj.gov

cc:  Howard D. Olinsky, Esq.