

October 12, 2021

*Document Electronically Filed*
Hon. Katharine H. Parker
United States Magistrate Judge
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021
```

          Re:     Travis Parker v. Acting Commissioner of Social Security
                  Civil Action No: 1:20-cv-08419-VSB-KHP

Dear Judge Parker:

      This letter respectfully requests an extension of time of sixty (60) days for Plaintiff to serve his portion of the Joint Stipulation in this matter. Plaintiff's portion of the Joint Stipulation is currently due to be served on Counsel for the Defendant on October 18, 2021. However, due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to thoroughly and properly prepare his Motion. Plaintiff's counsel has contacted defense counsel who consents to this request. This would be a first request to extend the time to serve Plaintiff's Motion.

      If this request is granted, Plaintiff's Motion for Judgment on the Pleadings will be due on **December 17, 2021**. Subsequently, in accordance with the pattern of the Scheduling Order issued by this Court (Dkt. No. 10), the Commissioner's portion of the Joint Stipulation would then be due to be served on Counsel for Plaintiff on or before **January 17, 2022**. Plaintiff's Reply would then be due **January 31, 2022**. Further, within three (3) days of delivery by Plaintiff's counsel of the signed Joint Stipulation, the government attorney shall sign and electronically file the Joint Stipulation. The parties will then provide a courtesy copy of the Joint Stipulation to the Court once it has been filed.

Thank you for your consideration.        Respectfully submitted,

                                                    */s/ Howard D. Olinsky*
                                                    Howard D. Olinsky, Esq.
                                                    Bar Code H06529
                                                    Counsel for Plaintiff

CC [via ECF]: Susan D. Baird, Esq. (Counsel for Defendant)

**SO ORDERED.**

Dated: **10/13/2021**
New York, NY

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.