```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
Travis Parker,                                               :
                                                             :        ORDER
                    Plaintiff,                               :
            -against-                                        :        20-CV-8419 (KHP)
                                                             :
Commissioner of Social Security,                             :
                                                             :
                    Defendant.                               :  :
-------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge**.

Pursuant to the Stipulation and Order entered on March 17, 2022 (ECF No. 26), the Defendant was to file the parties' Joint Stipulation by April 18, 2022. To date, it has not been filed. Accordingly, by **April 27, 2022**, Defendant shall file the Joint Stipulation, or alternatively, a status letter explaining why the parties have missed the aforementioned deadline.

**SO ORDERED.**

Dated:   April 21, 2022
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge