**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
TRAVIS PARKER,

                Plaintiff,                        20 **CIVIL** 8419 (KHP)

      -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion dated July 21, 2022, Plaintiff's motion for judgment on the

pleadings is DENIED, and Defendant's motion for judgment on the pleadings is GRANTED.

**Dated:**  New York, New York
       July 26, 2022


                                   **RUBY J. KRAJICK**
                          _____
                                **Clerk of Court**
**BY:**         K. Mango
                                _____
                                  **Deputy Clerk**